■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL C. STODDARD, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 26, 2009. The judgment convicted defendant, upon his plea of guilty, of rape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Fahey, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS LEWIS, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered January 30, 2008. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Fahey, Green and Gorski, JJ.